| | |
|---|---|
| 1 | Michael K. Brown (SBN 104252) |
|   | mkbrown@reedsmith.com |
| 2 | Lisa M. Baird (SBN 179958) |
|   | lbaird@reedsmith.com |
| 3 | Mildred Segura (SBN 210850) |
|   | msegura@reedsmith.com |
| 4 | Michelle Cheng (SBN 239711) |
|   | mcheng@reedsmith.com |
| 5 | REED SMITH LLP |
|   | 355 South Grand Avenue, Suite 2900 |
| 6 | Los Angeles, CA  90071 |
| 7 | Telephone:   213.457.8000 |
|   | Facsimile:    213.457.8080 |
| 8 | |
| 9 | Attorneys for Defendants |
|   | Medtronic, Inc., Medtronic Sofamor |
|   | Danek USA, Inc., and Medtronic |
| 10 | Vertelink, Inc. |

FILED
CLERK, U.S. DISTRICT COURT

Sept 24, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD C. JACKSON, an individual; | Case No.: 2:14-cv-04862-SVW-FFM |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL |
| vs. | Complaint Filed:  June 23, 2014 |
| MEDTRONIC, INC., a Minnesota corporation; MEDTRONIC SOFAMOR DANEK, USA, INC.; MEDTRONIC VERTELINK, INC.; and DOES 1 -50, inclusive, | Honorable Stephen V. Wilson |
| Defendants. | |

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL

US_ACTIVE-119780011

1  Based on the Stipulation of Dismissal that has been filed in the above-captioned
2  matter, IT IS HEREBY ORDERED that Plaintiff's Complaint is hereby dismissed
3  without prejudice with each party to bear its own costs.

5  Dated: September 24, 2015

   _____
   Hon. Stephen V. Wilson
   U.S. District Judge